1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   SHERRY R.,[1]                        Case No. EDCV 20-01225 MCS
                                                      (RAO)
12                   Plaintiff,

13        v.

14   KILOLO KIJAKAZI, Acting          ORDER ACCEPTING REPORT
     Commissioner of Social Security,  AND RECOMMENDATION OF
15                                     UNITED STATES MAGISTRATE
                     Defendant.        JUDGE
16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the

19   other records and files herein, and the Report and Recommendation of United States

20   Magistrate Judge ("Report").  The time for filing objections to the Report has passed,

     and no objections have been filed.  The Court hereby accepts and adopts the findings,
21
     conclusions, and recommendations of the Magistrate Judge.
22
          ///
23
          ///
24
          ///
25
          ///
26

27   ─────────────────────
     [1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
28   recommendation of the Committee on Court Administration and Case Management of the Judicial
     Conference of the United States.

1       IT IS ORDERED that the decision of the Commissioner of Social Security is

2  AFFIRMED.

3

4

5  DATED: September 13, 2021

                                              

6                                    MARK C. SCARSI
                                  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28